■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v L. M., Appellant. [— NYS2d —] —Motion by the appellant to amend the caption of the above-entitled appeal to provide for the anonymity of the appellant and to seal the record on appeal, including all briefs filed on the appeal.

Upon the papers filed in support of the motion and the papers filed in relation thereto, it is

Ordered that the motion is granted and the caption of the appeal has been amended accordingly. O'Brien, J. P., Ritter, Pizzuto and Altman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NANCY MASS, Appellant. [642 NYS2d 535] —Appeal by the defendant, as limited by her motion, from a sentence of the Supreme Court, Kings County (Curci, J.), imposed November 4, 1994, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed.

The defendant effectively waived appellate review of the length of her sentence as part of her plea bargain (*see, People v Callahan,* 80 NY2d 273; *People v Seaberg,* 74 NY2d 1).

In any event, we have examined the defendant's contention that the sentence is excessive and find it to be without merit (*see, People v Suitte,* 90 AD2d 80). Mangano, P. J., Bracken, Miller, Copertino and Hart, JJ., concur.